IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN KIRBY,

    Plaintiff,

v.                        No. 12-cv-1134 SMV/RHS

SMITH'S FOOD AND DRUG CTRS., INC.,

    Defendant.

### ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Dismissal Without Prejudice [Doc. 31]. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion for Dismissal Without Prejudice [Doc. 31] is **GRANTED**. The above-entitled and numbered cause is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**